# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wilner, Michael R. | U.S. District Court - Central District of California | 04/20/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (full-time) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 1/1/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

Roybal Federal Building
255 E. Temple St., Chambers Room 560
Los Angeles, CA 90012

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Federal Bar Association, Los Angeles Chapter |
| 2. | Executive Committee Member | Judge Paul Michel Intellectual Property American Inn of Court |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 04/20/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 04/20/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 04/20/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Acct # 1 | | | | | | | | | |
| 2. VANGUARD CA INTERM TERM TAX FREE | A | Distribution | K | T | | | | | |
| 3. DIAMOND HILL SMALL CAP | A | Distribution | | | Sold | 01/09/18 | K | B | |
| 4. PARNASSUS CORE EQUITY FUND | A | Distribution | K | T | | | | | |
| 5. PRINCIPAL EQUITY INCOME FUND | A | Distribution | L | T | | | | | |
| 6. ISHARES RUSSELL 1000 VALUE ETF | A | Distribution | L | T | | | | | |
| 7. ISHARES S&P 500 GROWTH ETF | A | Distribution | K | T | | | | | |
| 8. ISHARES RUSSELL 1000 GROWTH ETF | A | Distribution | K | T | | | | | |
| 9. ISHARES RUSSELL 2000 GROWTH ETF | A | Distribution | K | T | | | | | |
| 10. ISHARES MSCI EAFE SMALL CAP ETF | A | Distribution | J | T | | | | | |
| 11. ISHARES NATL MUNI BOND ETF | A | Distribution | J | T | | | | | |
| 12. SCHWAB SHORT TERM US TREASURY ETF | A | Distribution | J | T | | | | | |
| 13. SCHWAB US DIVIDEND EQUITY ETF | A | Distribution | L | T | | | | | |
| 14. SCHWAB US MIDCAP ETF | A | Distribution | J | T | Buy (add'l) | 01/11/18 | J | | |
| 15. SCHWAB EMERGING MARKETS ETF | A | Distribution | K | T | | | | | |
| 16. SCHWAB INTL EQUITY ETF | A | Distribution | M | T | | | | | |
| 17. SCHWAB INTL SMALL CAP ETF | A | Distribution | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 04/20/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SCHWAB US LARGE CAP ETF | A | Distribution | K | T | | | | | |
| 19. SCHWAB US SMALL CAP ETF | A | Distribution | | | Sold | 12/27/18 | K | A | |
| 20. POWERSHARES EMRG MKTS SOVRGN DBT ETF | A | Distribution | | | Sold | 10/12/18 | J | A | |
| 21. SPDR S&P 600 SMALL CAP ETF | A | Distribution | L | T | | | | | |
| 22. ISHARES CALIFORNIA MUNI BOND ETF | A | Distribution | K | T | | | | | |
| 23. ISHARES IBONDS DEC 2018 TRM ETF | A | Distribution | | | Matured | 12/20/18 | J | A | |
| 24. ISHARES IBONDS DEC 2019 TERM ETF | A | Distribution | J | T | | | | | |
| 25. ISHARES IBONDS DEC 2020 TRM ETF | A | Distribution | J | T | | | | | |
| 26. ISHARES IBONDS DEC 2021 TERM ETF | A | Distribution | J | T | | | | | |
| 27. ISHARES IBONDS DEC 2022 TERM ETF | A | Distribution | J | T | | | | | |
| 28. ISHARES IBONDS DEC 2023 TERM ETF | A | Distribution | J | T | | | | | |
| 29. ISHARES IBONDS DEC 2024 TRM ETF | A | Distribution | J | T | | | | | |
| 30. ISHR IBND DEC 2025 TRM ETF | A | Distribution | J | T | | | | | |
| 31. ISHARES IBONDS MUNI DEC 2023 | A | Distribution | J | T | Buy | 01/04/18 | J | | |
| 32. ISHARES IBONDS MUNI DEC 2025 | A | Distribution | J | T | Buy | 12/20/18 | J | | |
| 33. SCHWAB CA MUNI MONEY FUND | A | Distribution | K | T | Buy | 03/13/18 | J | | |
| 34. | | | | | Buy (add'l) | 11/09/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 04/20/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. VANGUARD SMALL CAP ETF VB | A | Distribution | K | T | Buy | 12/27/18 | K | | |
| 36. | | | | | | | | | |
| 37. Brokerage Acct #2 | | | | | | | | | |
| 38. BMO INTERM TAX FREE BOND FUND | A | Distribution | | | Closed | 07/16/18 | J | | |
| 39. LAUDUS US LARGE CAP GROWTH FUND | A | Distribution | | | Closed | 07/16/18 | J | | |
| 40. PRINCIPAL EQUITY INCOME FUND | A | Distribution | | | Closed | 07/16/18 | J | | |
| 41. SCHWAB SHORT TERM US TREASURY ETF | A | Distribution | | | Closed | 07/16/18 | J | | |
| 42. SCHWAB AGGR BOND ETF | A | Distribution | | | Closed | 07/16/18 | K | | |
| 43. SCHWAB US DIVIDEND EQUITY ETF | A | Distribution | | | Closed | 07/16/18 | J | | |
| 44. SCHWAB US TIPS ETF | A | Distribution | | | Closed | 07/16/18 | J | | |
| 45. SCHWAB EMERGING MARKETS ETF | A | Distribution | | | Closed | 07/16/18 | J | | |
| 46. SCHWAB INTL EQUITY ETF | A | Distribution | | | Closed | 07/16/18 | J | | |
| 47. SCHWAB US LARGE CAP ETF | A | Distribution | | | Closed | 07/16/18 | L | | |
| 48. SCHWAB US SMALL CAP ETF | A | Distribution | | | Closed | 07/16/18 | K | | |
| 49. SPDR MSCI ACWI EX-US ETF | A | Distribution | | | Closed | 07/16/18 | J | | |
| 50. VANGUARD FTSE DEVELOPED MARKETS ETF | A | Distribution | | | Closed | 07/16/18 | K | | |
| 51. ISHARES CALIFORNIA MUNI BOND ETF | A | Distribution | | | Closed | 07/16/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 04/20/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

| | NONE (No reportable income, assets, or transactions.) |
|---|---|

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ISHARES NATIONAL MUNI ETF | A | Distribution | | | Closed | 07/16/18 | K | | |
| 53. SCHWAB FUNDA EMG MKTS LARGE ETF IV | A | Distribution | | | Closed | 07/16/18 | J | | |
| 54. | | | | | | | | | |
| 55. | | | | | | | | | |
| 56. Brokerage Acct #3 | | | | | | | | | |
| 57. BMO INTERM TAX FREE BOND FUND | A | Distribution | | | Sold | 01/04/18 | K | A | |
| 58. LAUDUS US LARGE CAP GROWTH FUND | A | Distribution | J | T | | | | | |
| 59. PARNASSUS CORE EQUITY FUND | A | Distribution | K | T | | | | | |
| 60. PRINCIPAL EQUITY INCOME FUND | A | Distribution | J | T | | | | | |
| 61. ISHARES CALIF AMT FREE MUNI ETF | A | Distribution | | | Sold | 09/27/18 | L | A | |
| 62. ISHARES NATL MUNI BOND ETF | A | Distribution | | | Sold | 11/06/18 | K | A | |
| 63. SCHWAB SHORT TERM US TREASURY ETF | A | Distribution | | | Sold | 01/25/18 | J | A | |
| 64. SCHWAB AGGR BOND ETF | A | Distribution | K | T | | | | | |
| 65. SCHWAB US DIVIDEND EQUITY ETF | A | Distribution | J | T | | | | | |
| 66. SCHWAB US TIPS ETF | A | Distribution | K | T | Buy (add'l) | 11/06/18 | K | | |
| 67. SCHWAB EMERGING MARKETS ETF | A | Distribution | J | T | | | | | |
| 68. SCHWAB INTL EQUITY ETF | A | Distribution | K | T | Buy (add'l) | 11/06/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 04/20/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. SCHWAB US LARGE CAP ETF | A | Distribution | L | T | Buy (add'l) | 11/06/18 | K | | |
| 70. SCHWAB US SMALL CAP ETF | A | Distribution | | | Sold | 12/27/18 | J | A | |
| 71. SCHWAB FUNDA EMG MKTS LARGE COM ETF | A | Distribution | J | T | | | | | |
| 72. SPDR S&P 600 SMALL CAP GROWTH ETF | A | Distribution | K | T | | | | | |
| 73. VANGUARD SMALL CAP ETF VB | A | Distribution | J | T | Buy | 12/27/18 | J | | |
| 74. SCHWAB CA MM SWKXX | A | Distribution | K | T | Buy | 03/13/18 | K | | |
| 75. | | | | | | | | | |
| 76. | | | | | | | | | |
| 77. Brokerage Acct #4 | | | | | | | | | |
| 78. JANUS HENDERSON VENTURE FUND | A | Distribution | | | Sold | 12/27/18 | J | A | |
| 79. PARNASSUS CORE EQUITY FUND | A | Distribution | J | T | | | | | |
| 80. PRINCIPAL EQUITY INCOME FUND | A | Distribution | K | T | | | | | |
| 81. UNDISCOVERED MANAGERS VALUE FUND | A | Distribution | J | T | | | | | |
| 82. SCHWAB AGGR BOND ETF | A | Distribution | J | T | Sold (part) | 11/06/18 | J | | |
| 83. SCHWAB US DIVIDEND EQUITY ETF | A | Distribution | K | T | | | | | |
| 84. SCHWAB US TIPS ETF | A | Distribution | | | Sold | 11/06/18 | K | A | |
| 85. | | | | | Buy (add'l) | 09/20/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 04/20/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. SCHWAB EMERGING MARKETS ETF | A | Distribution | J | T | | | | | |
| 87. SCHWAB INTL EQUITY ETF | A | Distribution | K | T | | | | | |
| 88. SCHWAB US LARGE CAP ETF | A | Distribution | L | T | Buy (add'l) | 12/11/18 | J | | |
| 89. SCHWAB US SMALL CAP ETF | A | Distribution | K | T | | | | | |
| 90. ISHARES CALIFORNIA MUNI BOND ETF | A | Distribution | K | T | Buy (add'l) | 11/06/18 | K | | |
| 91. | | | | | Sold (part) | 09/20/18 | K | | |
| 92. | | | | | | | | | |
| 93. Brokerage Acct # 5 | | | | | | | | | |
| 94. MOTLEY FOOL GREAT AMERICAN FUND | A | Distribution | | | Sold | 10/25/18 | J | A | |
| 95. POWERSHARES INTL DIVIDEND ACHIEVERS ETF | A | Distribution | J | T | | | | | |
| 96. SCHWAB EMERGING MARKETS ETF | A | Distribution | J | T | | | | | |
| 97. SCHWAB INTL EQUITY ETF | A | Distribution | K | T | | | | | |
| 98. SCHWAB US LARGE CAP ETF | A | Distribution | M | T | | | | | |
| 99. SCHWAB US SMALL CAP ETF | A | Distribution | K | T | | | | | |
| 100. PROSHARES RUSSELL 2000 DVD GRWRS ETF | A | Distribution | J | T | | | | | |
| 101. MOTLEY FOOL 100 INDEX ETF TMFC | A | Distribution | J | T | Buy | 03/06/18 | J | | |
| 102. | | | | | Buy (add'l) | 10/26/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 04/20/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104. | | | | | | | | | |
| 105. Brokerage Acct #6 | | | | | | | | | |
| 106. PIMCO TOTAL RETURN FUND | A | Distribution | J | T | | | | | |
| 107. PRINCIPAL EQUITY INCOME FUND | A | Distribution | | | Sold | 01/09/18 | J | A | |
| 108. POWERSHARES HIGH YIELD BOND ETF | A | Distribution | J | T | | | | | |
| 109. SCHWAB AGGR BOND ETF | A | Distribution | K | T | Buy (add'l) | 01/11/18 | J | | |
| 110. SCHWAB US TIPS ETF | A | Distribution | J | T | | | | | |
| 111. SCHWAB EMERGING MARKETS ETF | A | Distribution | J | T | | | | | |
| 112. SCHWAB INTL EQUITY ETF | A | Distribution | J | T | | | | | |
| 113. SCHWAB US LARGE CAP ETF | A | Distribution | K | T | | | | | |
| 114. SCHWAB US SMALL CAP ETF | A | Distribution | J | T | Buy (add'l) | 01/11/18 | J | | |
| 115. SCHWAB US BROAD MARKET ETF | A | Distribution | J | T | Buy (add'l) | 01/11/18 | J | | |
| 116. | | | | | | | | | |
| 117. | | | | | | | | | |
| 118. Brokerage #7 | | | | | | | | | |
| 119. ISHARES AMT BOND ETF MUB | A | Distribution | | | Sold | 12/27/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 04/20/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. VANGUARD TOTAL STOCK MARKET ETF VTI | A | Distribution | J | T | | | | | |
| 121. VANGUARD FTSE EMERGING MARKETS ETF VWO | A | Distribution | J | T | | | | | |
| 122. VANGUARD ENERGY ETF VDE | A | Distribution | J | T | | | | | |
| 123. VANGUARD FTSE DEVELOPED MARKETS ETF VEA | A | Distribution | J | T | | | | | |
| 124. ISHARES CORE MSCI EMERGING MARKETS IEMG | A | Distribution | J | T | | | | | |
| 125. SELECT SECTOR SPDR ENERGY TRUST XLE | A | Distribution | J | T | | | | | |
| 126. SCHWAB INTL EQUITY ETF SCHF | A | Distribution | J | T | | | | | |
| 127. SCHWAB US BROAD MARKET ETF SCHB | A | Distribution | K | T | | | | | |
| 128. SCHWAB US DIVIDEND EQUITY ETF SCHD | A | Distribution | J | T | | | | | |
| 129. SPDR NUVEEN BARCLAYS MUNI BOND ETF TFI | A | Distribution | J | T | | | | | |
| 130. VANGUARD DIVIDEND APPRECIATION ETF VIG | A | Distribution | J | T | | | | | |
| 131. VANGUARD MUNI BOND FUND ETF VTEB | A | Distribution | J | T | | | | | |
| 132. | | | | | | | | | |
| 133. Brokerage # 8 | | | | | | | | | |
| 134. SCHWAB US REIT ETF SCHH | A | Distribution | | | Sold | 12/27/18 | J | A | |
| 135. ISHARES US REIT ETF USRT | A | Distribution | J | T | Buy | 12/27/18 | J | | |
| 136. ISHARES GOLD ETF IAU | A | Distribution | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 04/20/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. ABERDEEN PHYSICAL PRECIOUS MTL BSKT ETF GLTR | A | Distribution | J | T | | | | | |
| 138. ISHARES HIGH YIELD CORPORATE BOND ETF SHYF | A | Distribution | | | Sold | 12/27/18 | J | A | |
| 139. MARKET VECTORS EMERGING MARKET ETF EMLC | A | Distribution | J | T | | | | | |
| 140. SCHWAB EMERGING MARKETS ETF SCHE | A | Distribution | J | T | | | | | |
| 141. SCHWAB FUNDAMENTAL EMERGING MARKETS ETF FNDE | A | Distribution | J | T | | | | | |
| 142. SCHWAB FUNDAMENTAL INTL LARGE CAP ETF FNDF | A | Distribution | J | T | | | | | |
| 143. SCHWAB FUNDAMENTAL INTL SMALL CAP ETF FNDC | A | Distribution | J | T | | | | | |
| 144. SCHWAB FUNDAMENTAL US LARGE CAP ETF FNDX | A | Distribution | J | T | | | | | |
| 145. SCHWAB FUNDAMENTAL US SMALL CAP ETF FNDA | A | Distribution | J | T | | | | | |
| 146. SCHWAB INTERNATIONAL ETF SCHF | A | Distribution | | | Sold | 12/27/18 | J | A | |
| 147. SCHWAB INTERNATIONAL SMALL CAP ETF SCHC | A | Distribution | | | Sold | 12/27/18 | J | A | |
| 148. ISHARES CAL MUNI ETF CMF | A | Distribution | J | T | Buy | 09/06/18 | J | | |
| 149. SCHWAB US LARGE CAP ETF SCHX | A | Distribution | J | T | | | | | |
| 150. SCHWAB USC SMALL CAP ETF SCHA | A | Distribution | J | T | | | | | |
| 151. VANGUARD GLOBAL EXUS REAL ESTATE ETF VNQI | A | Distribution | J | T | | | | | |
| 152. XTRACKERS BARCLAYS HIGH YIELD BOND ETF HYLB | A | Distribution | J | T | | | | | |
| 153. ISHARES CORE MSCI EMERGING ETF IEMG | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 04/20/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. SPDR BARCLAY EMERGING MARKET BONDS ETF EBND | A | Distribution | J | T | | | | | |
| 155. SCHWAB US TIPS ETF SCHP | A | Distribution | J | T | Buy | 09/06/18 | J | | |
| 156. VANGUARD FTSE DEVELOPED ETF VEA | A | Distribution | J | T | Buy | 09/06/18 | J | | |
| 157. VANGUARD ALL WORLD ETF VSS | A | Distribution | J | T | Buy | 09/06/18 | J | | |
| 158. | | | | | | | | | |
| 159. | | | | | | | | | |
| 160. Brokerage # 9 | | | | | | | | | |
| 161. SCHWAB US BROAD MARKET ETF SCHB | A | Distribution | J | T | Buy (add'l) | 03/18/18 | J | | |
| 162. | | | | | | | | | |
| 163. | | | | | | | | | |
| 164. Brokerage # 10 | | | | | | | | | |
| 165. SCHWAB INTERNATIONAL ETF SCHF | A | Distribution | | | Closed | 07/16/18 | J | | |
| 166. SCHWAB US BROAD MARKET ETF SCHB | A | Distribution | | | Closed | 07/16/18 | J | | |
| 167. | | | | | | | | | |
| 168. | | | | | | | | | |
| 169. Brokerage # 11 | | | | | | | | | |
| 170. SCHWAB INTERNATIONAL ETF SCHF | A | Distribution | J | T | Buy (add'l) | 07/25/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. SCHWAB US BROAD MARKET ETF SCHB | A | Distribution | J | T | Buy (add'l) | 07/25/18 | J | | |
| 172. | | | | | | | | | |
| 173. | | | | | | | | | |
| 174. | | | | | | | | | |
| 175. | | | | | | | | | |
| 176. | | | | | | | | | |
| 177. | | | | | | | | | |
| 178. Schwab Checking / Brokerage Sweep Accts | A | Int./Div. | K | T | | | | | |
| 179. Citibank Checking / Savings Accts | A | Int./Div. | K | T | | | | | |
| 180. Capital One Bank Savings Acct | A | Int./Div. | K | T | | | | | |
| 181. 529 Account #1 New York Col Savings Prog Cons/Mod Growth (no control) | B | Distribution | M | T | Sold (part) | 07/27/18 | K | A | |
| 182. 529 Account #2 Wealthfront Dividend Stock and Bond Portfolio | A | Distribution | K | T | | | | | |
| 183. | | | | | | | | | |
| 184. | | | | | | | | | |
| 185. | | | | | | | | | |
| 186. | | | | | | | | | |
| 187. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | | | | | |
| 189. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII

Brokerage Acct # 2 is a Uniform Trust for Minors account that was transferred to a child who reached maturity during 2018. I am no longer the trustee for the account, nor do I manage the assets for the account holder. In the absence of a more accurate category under Column D.1., I selected "Closed" to signify the account transfer.

Brokerage Acct # 10 is a Roth IRA account for the benefit of the same child. I am no longer the trustee or manager for the account due to the reversion to the child. As above, I selected "Closed" to explain the disposal of the assets.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael R. Wilner**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544